AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| Jeffrey A. McKellop | ) | |
| *Petitioner* | ) | |
| | ) | |
| v. | ) | Case: 1:24−cv−00828 |
| | ) | Assigned To : Nichols, Carl J. |
| WARDEN, DC Department of Corrections | ) | Assign. Date : 3/21/2024 |
| *Respondent* | | Description: Habeas Corpus/2255 (G−DECK) |
| *(name of warden or authorized person having custody of petitioner)* | | |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.    (a) Your full name:  Jeffrey Allen McKellop

      (b) Other names you have used:    Jeffrey A. McKellop,  Jeff McKellop,  Jeffrey McKellop

2.    Place of confinement:

      (a) Name of institution:   FMC Fort Worth, Federal Medical Center

      (b) Address:    P.O. Box 15330

                    Fort Worth, Texas 76119

      (c) Your identification number:   #35220-509

3.    Are you currently being held on orders by:

    ☑ Federal authorities       ☐ State authorities      ☐ Other - explain:

4.    Are you currently:

    ☑ A pretrial detainee (waiting for trial on criminal charges)

    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

       (a) Name and location of court that sentenced you:  N/A

       N/A

       (b) Docket number of criminal case:   N/A

       (c) Date of sentencing:

    ☐ Being held on an immigration charge

    ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5.    What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❐ Pretrial detention

❐ Immigration detention

❐ Detainer

❐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)

❐ Disciplinary proceedings

☑ Other *(explain):*    1) U.S. Constitution & Violation of Basic Individual Protections, 2) Court without Jurisdiction to
   Impose Charges, 3) Potential Sentence Exceeds the Statuary Maximum & Imprisonment, 4) Collateral Attack
   based on Prior Special Forces / Military Training, 5) Cumulative Effect of Multiple Errors

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:    United States District Court for the District of Columbia,
Washington, DC

(b)  Docket number, case number, or opinion number:    Case No. 1:21-cr-00268-CJN

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
Pre-trial, Violation of U.S. Constitution Sixth Amendment, Ineffective/ Abesent Counsel (IAC), Court without
Jurisdiction - Errors between the Probable Cause, Arrest Warrant, to Criminal Complaint to Indictment, charges
thout Probable Cause, Statuatory Maximum Sentence Exceeded, Collateral Attack, Cumlative Effect of Errors

(d)  Date of the decision or action:   03/15/2021

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes              ❐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:   Northern District of Texas - Fort Worth Division

(2)  Date of filing:  01/16/2024

(3)  Docket number, case number, or opinion number:       4:24-cv-00023-O

(4)  Result:    DISMISSED without predjudice

(5)  Date of result:  02/26/2024

(6)  Issues raised:   1)  Violation of Basic Individual Protection

2) Personal Liberty Falsely Restricted

3) Illlegal Imprisonment and Detention

4)  Inferior System of Justice

(b)  If you answered "No," explain why you did not appeal:   N/A

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❐ Yes              ☑ No

*7. - Continued*

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

My administrative remedies are at both FMC Fort Worth, my current location and The DC Jail.  However, through several emails, The FMC Fort Worth facility denies that I belong to the BOP system for services, therefore, my remedy is in the DC Jail system, which is not available to me, due to this location at FMC Fort Worth.  As such, I cannot obtain all the forms required by the DC Jail and meet the timeframe, or to physically place the forms in a "Grievance Box" on location as stated per their rules.

Therefore, this quandary leaves me with "no administrative remedy available" and entitles me to file in court, and it demonstrates that I have  exhausted all administrative remedies.  Please see attached DC Jail Guide to filing Grievances:

:https://www.washlaw.org/pdf/DC_Jail_Grievance_Guide.pdf

Please see attached emails, letters and other discussions and administrative attempts to remedy my status:

7. - continued

#1

To: Congressman Michael G. Waltz

From: Karen D. Saffron

Date: 3/5/24

RE:  Jeffrey A. McKellop, (SFC Ret.) U.S. Army SF 3rd GRP, ODA 394 & 396

Dear Mr. Waltz,

On behalf of the imprisoned above Special Forces member, a dear friend of mine, I'm reaching out to you as a veteran of the 18th ABN Corp, 20th Engr Bde, 283rd Terrain Det. Cdr  where I supported the 5th, 7th and 3rd GRPs, then the 3rd GRP in Africa & SOCOM/JSOC as a civilian.  Jeff has been held in prison since 3/17/21 for what he knows and what he can tell about the events of January 6th, 2021.

I've been able to maintain contact with him, either through Morse Code or other means, and we are now being intercepted.  This man MUST be the first to get released.  He's constantly given me intel, I've checked his information, and it's all 100% spot on.  I've reached out to our members in Virginia, but absolutely NO response.  This man needs a rescue now.

He's supposedly going to trial after 3 years in early May, but I'd love for any or ALL SF members you know to show up at the courthouse or in DC, if they bring him back.  He needs the SF to come for him. He's not given up.  They have him squirreled away in FMC Fort Worth, TX, with little to no electronic communication, limited phone calls, and of course written letters are read, even his legal mail.  Because I am helping him, I'm a target too.  Do not turn away from this, when we've both given so much to this country already, if we can assist a traitor, we can assist the BEST this nation has to offer!

They (DC Courts) are trying to declare him incompetent.  I will not let that happen.  I will include his bio, so you can see his achievements.

Thank you in advance for any help you can provide!  De Oppresso Libre - All the Way!

Karen D. Saffron

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va 22042
571-425-1840
karen.d.saffron@gmail.com

7. — Continued                                                                      #1 a

**Jeffrey Allen McKellop (SFC Ret.) SF 3rd GRP, ODA 394 & 396  - MY TESTIMONY**

I,  Jeffrey A. McKellop, #35220-509 of sound mind, respectfully submit the following statement on my behalf:

I am a decorated and retired Special Forces Green Beret from the 2nd Ranger Battalion, who served this nation honorably for over 30 years, both, militarily and as a civilian.   I am Airborne/ Air Assault/Military Free Fall qualified, with Expert Combat & Infantry Badges, a Combat Medic, earning (3) Bronze Stars, while serving in Kenya, Bosnia, Kuwait, Afghanistan, Iraq, Uzbekistan and (3) tours in Africa.  I held a Top Secret security clearance for over 30 years, with no prior police record until January 6th, 2021.

I am the father of Davis and Paige, who I love and miss very much, having only talked to them twice in 3 years.  My family, home, and livelihood was destroyed, with all that I had worked for over the last 30 years, when the FBI brutally raided and ransacked my home, violating several of my Constitutional rights.  I am being held under duress for what I know about January 6th, 2021.  The FBI has continued to confiscate all of my notes and evidence that demonstrate the  planning and execution of the January 6th, 2021 operation.

In my case, it has resulted in the cascading horrors of our judicial system, whereby it resembles more of what I witnessed in foreign countries.  There is no justice and citizens are being subjected to activist judges and prosecutors who demean, slader, chastise, mock, and ridicule every citizen for their constitutionally guaranteed right to protest and freely express civil disobedience.  The "show trials" are just that..a formality to clear their docket, and get citizens squirreled away into the vast bureau of the prison system, all over the country to never surface again.

Therefore, I need to get this information out and into the open for fair and impartial adjudication of what happened on that day.  This case and writing serves as my testimony as to why I am imprisoned.  Notably, habeas corpus was not suspended regarding the events of January 6th, 2021, hence, it was not what they purported it to be.  The vast manipulation of the video evidence by "cherry picking" photos, demonstrates a targeted goal.  This brutal and shameful judicial regime has destroyed the good men and women of this country, and if not stopped, will continue eroding the most essential tenets of a fair and judicial society:  life, liberty, and the pursuit of happiness.  I think it is noteworthy that the Metropolitan Police Department, who played the central role in the operation, instigating the violence and injuries, along with crisis actors, provocateurs, and others, were cited in 2017, 2018, and 2020 for police brutality using the same tactics as used on January 6th, 2021.

In summation, I am being held unlawfully for what I know and what I can expose regarding the events of January 6th, 2021.  I am held under duress, and my personal liberty violated by illegal imprisonment through inferior courts that seek to keep me quiet using superseding indictments.

*7. - Continued*

*#2*

# M Gmail

**KAREN SAFFRON** <karen.d.saffron@gmail.com>

---

## RE: JEFFREY A. MCKELLOP, #35220-509

**KAREN SAFFRON** <karen.d.saffron@gmail.com>                                 Fri, Mar 1, 2024 at 2:04 PM
To: jlbrightlaw@gmail.com, mlawlor@verizon.net, KAREN SAFFRON <karen.d.saffron@gmail.com>

Hello,

Speaking on behalf of Jeffrey McKellop, which he has given me authority to do so, I
need to know the following, since he has tried to contact you several times and has
limited ability to do so:

1)  Mr. Linder:  Jeff wants to know, why are you on his DC case?

2)  Mr. Linder:  Jeff wants to know why you haven't contacted him about the missing
discovery as asked?

3)  Mr. Linder:  Jeff wants to know what is your relationship with Lawlor?

4)  Linder/Lawlor:  Jeff wants to know what is your plan for the pre-trial on 5/2/24?

Jeff says Mr. Lawlor can answer these questions as well.  These answers will be
transmitted tonight or once received.

Thanks in advance,

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

---

📄 MCKELLOP  LTR  NOTARZED.pdf
   241K

*Please Note:*

*- To date, NO answers have been
received. 3/6/24, kds*

 **Gmail**

KAREN SAFFRON <karen.d.saffron@gmail.com>

---

**RE: STATUS** 
1 message

**KAREN SAFFRON** <karen.d.saffron@gmail.com>                    Wed, Feb 28, 2024 at 12:44 PM
To: doc@dc.gov, KAREN SAFFRON <karen.d.saffron@gmail.com>

Hello,

It has come to our attention that there is some "indecision" as to the status of Jeffrey McKellop, #53220-509 and his location.

Can you please clarify his status, location, and the duration please.  Our records show him located in Texas, but we are getting conflicting answers - there should be NO conflict.  Is he in the custody of the DOC or not?  IF so, what resources is he entitled to as a retired veteran?

Thank you in advance,

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

 Gmail

KAREN SAFFRON <karen.d.saffron@gmail.com>

---

**RE: U.S. MAIL**

1 message

**KAREN SAFFRON** <karen.d.saffron@gmail.com>                                    Mon, Feb 26, 2024 at 9:58 PM
To: "FTW-ExecAssistant-S (BOP)" <FTW-ExecAssistant-S@bop.gov>, KAREN SAFFRON <karen.d.saffron@gmail.com>

Hello,

It has come to our attention that the mail at the FMC Fort Worth facility is being intercepted, manipulated, withheld, and severely delayed, which is in violation of the standard BOP regulation for inmate mail/correspondence.

Please let this office know when the inmates begin to get regular mail delivery in a timely manner, and it should not be more than a day or two old when received.

The timely mail processing is essential to good morale and legal transactions, to avoid significant judicial processing delays. A speedy reply is requested with your noted results.

Thank you in advance,

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

 **Gmail**

KAREN SAFFRON <karen.d.saffron@gmail.com>

---

### RE: Phone Call to Mr. Cruz
2 messages

---

**KAREN SAFFRON** <karen.d.saffron@gmail.com>                    Tue, Jan 23, 2024 at 9:45 AM
To: FTW-ExecAssistant@bop.gov, KAREN SAFFRON <karen.d.saffron@gmail.com>, "CowboyLogic.us - Info"
<info@cowboylogic.us>

Good morning,

My name is Karen Saffron and I was instructed to contact Mr. Cruz at 817-534-8400, for
instructions for Jeffrey McKellop, #35220-509, regarding his Legal Mail on its way.
However, I've called several times already, taking into account the time zone difference
without success.

Is there a better number that I can use to make this phone call? The Operator
switchboard is not responding. Mr. Cruz is Mr. McKellop's Case Manager.

Thank you in advance for the assistance!
Karen D, Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

---

**KAREN SAFFRON** <karen.d.saffron@gmail.com>                    Tue, Jan 23, 2024 at 9:55 AM
To: FuriousTim55@protonmail.com

[Quoted text hidden]



KAREN SAFFRON <karen.d.saffron@gmail.com>

---

## Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES

7 messages



**FTW-ExecAssistant-S (BOP)** <FTW-ExecAssistant-S@bop.gov>                 Tue, Jan 16, 2024 at 10:32 AM
To: "karen.d.saffron@gmail.com" <karen.d.saffron@gmail.com>

Good morning,

Mr. Mckellop is currently in pre-trail detention and is not a designated inmate in the Bureau of Prision's because he has not been sentenced yet.  If sentenced and designated to a BOP facility he will meet with a Case Manager who will be able to provide services specific for his situation. I hope this answers your questions.

Thanks,


M. Gjurgevich
Executive Assistant
FMC Fort Worth
3150 Horton Road
Fort Wort, TX 76119
817-534-8400

---

**KAREN SAFFRON** <karen.d.saffron@gmail.com>                 Tue, Jan 16, 2024 at 10:38 AM
To: "FTW-ExecAssistant-S (BOP)" <FTW-ExecAssistant-S@bop.gov>, KAREN SAFFRON <karen.d.saffron@gmail.com>

Thank you very much!  It does help us to understand better.  Have a good day.

Karen D. Saffron

[Quoted text hidden]

---

**KAREN SAFFRON** <karen.d.saffron@gmail.com>                 Tue, Jan 16, 2024 at 10:39 AM
To: karen.d.saffron@protonmail.com


[Quoted text hidden]

---

**KAREN SAFFRON** <karen.d.saffron@gmail.com>                 Tue, Jan 16, 2024 at 10:39 AM
To: karen.d.saffron@protonmail.com


---------- Forwarded message ----------
From: **FTW-ExecAssistant-S (BOP)** <FTW-ExecAssistant-S@bop.gov>
Date: Tue, Jan 16, 2024 at 10:32 AM
Subject: Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES
To: karen.d.saffron@gmail.com <karen.d.saffron@gmail.com>


[Quoted text hidden]

 Gmail                                                    **KAREN SAFFRON <karen.d.saffron@gmail.com>**

---

## Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES

**karen.d.saffron** <karen.d.saffron@protonmail.com>                    Tue, Jan 16, 2024 at 1:18 PM
To: KAREN SAFFRON <karen.d.saffron@gmail.com>

Excuse me for fumbling here..had to move this over..I inquired, since Jeff is a Vet..there are specific rules that are federal law that MUST be followed.  So, basically regional BOP office just confirmed my allegations in the Habeas Corpus to the North Texas Court that I filed!  See their answer below!  I will pursue this more..just need more hours in the day! 😊
Karen


Sent with Proton Mail secure email.
On Tuesday, January 16th, 2024 at 1:04 PM, KAREN SAFFRON <karen.d.saffron@gmail.com> wrote:


---------- Forwarded message ----------
From: **KAREN SAFFRON** <karen.d.saffron@gmail.com>
Date: Tue, Jan 16, 2024 at 10:39 AM
Subject: Fwd: Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES
To: <karen.d.saffron@protonmail.com>


---------- Forwarded message ----------
From: **FTW-ExecAssistant-S (BOP)** <FTW-ExecAssistant-S@bop.gov>
Date: Tue, Jan 16, 2024 at 10:32 AM
Subject: Voice a Concern - RE: MANAGEMENT OF VETERAN INMATES
To: karen.d.saffron@gmail.com <karen.d.saffron@gmail.com>


Good morning,

Mr. Mckellop is currently in pre-trail detention and is not a designated inmate in the Bureau of Prision's because he has not been sentenced yet. If sentenced and designated to a BOP facility he will meet with a Case Manager who will be able to provide services specific for his situation. I hope this answers your questions.

Thanks,


M. Gjurgevich
Executive Assistant
FMC Fort Worth
3150 Horton Road
Fort Wort, TX 76119
817-534-8400



KAREN SAFFRON <karen.d.saffron@gmail.com>

---

## RE: On behalf of Jeffrey McKellop, Inmate #35220-509

**Seth Peritz** <seth@crowleyperitzlaw.com>                                    Thu, Jan 4, 2024 at 10:34 PM
To: KAREN SAFFRON <karen.d.saffron@gmail.com>

Mr. McKellop would need to sign a notarized release form.

I have no way of communicating with him so that is the only way I would know that he is actually making the request. You would be better off speaking with his current counsel who would have everything I have.

Kind Regards,
Seth Q. Peritz, Esq.
**Crowley Peritz Law**
10560 Main Street, Suite 501
Fairfax, Virginia 22030
Phone: (703) 337-3773
Fax:      (703) 935-0050
Cell:     (703) 447-8776
www.CrowleyPeritzLaw.com

*This e-mail (and any material transmitted with it) is confidential and is intended solely for the use of the individual (or entity) to whom it is addressed. This communication may contain material protected by the attorney-client privilege, work product doctrine and/or any other privilege from disclosure recognized under the law. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify Crowley Peritz Law at the above-listed number. Thank you.*

---

**From:** KAREN SAFFRON <karen.d.saffron@gmail.com>
**Sent:** Thursday, January 4, 2024 10:18:41 PM
**To:** Seth Peritz <seth@crowleyperitzlaw.com>
**Subject:** Re: On behalf of Jeffrey McKellop, Inmate #35220-509

[Quoted text hidden]

 Gmail

**KAREN SAFFRON <karen.d.saffron@gmail.com>**

---

**CHRISTMAS VISIT TO VETERANS IN FMC FORT WORTH**
1 message

---

**KAREN SAFFRON** <karen.d.saffron@gmail.com>                    Thu, Dec 7, 2023 at 12:18 PM
To: post@post516.org, KAREN SAFFRON <karen.d.saffron@gmail.com>

Hello Texas!

My name is Karen Saffron, and I am a Lifelong American Legion member, Post #245, Galax, Virginia.

I'm reaching out to you, to see if y'all could possibly visit a Retired Green Beret of the 2nd Ranger Battalion, who is confined in FMC Fort Worth for 3 years now without a trial for being at January 6th, 2021.

He's not had visits, except to see his children 2x's in 3 yrs and just for an hour, plus all of his military records and commendations have been removed. (separate issue)

So, please get back to me and let me know if we can get a visit for him. I receive letters regularly, but I think a visit is the right thing to do.

Best regards,
Karen Saffron
18th ABN Corps
20th ENGR Bde
CPT Retired

 Gmail

KAREN SAFFRON <karen.d.saffron@gmail.com>

## RE: Request for ANY and ALL Notes that Jefferey McKellop provided to you regarding Jan 6

**Phillip Linder <phillip@thelinderfirm.com>**                                    Wed, Nov 22, 2023 at 1:57 PM
To: KAREN SAFFRON <karen.d.saffron@gmail.com>, "jlbrightlaw@gmail.com" <jlbrightlaw@gmail.com>,
"catherine_henry@fd.org" <catherine_henry@fd.org>, "greghunter@mail.com" <greghunter@mail.com>,
"jkiyonaga@carthlink.net" <jkiyonaga@carthlink.net>, "Seth@crowleyperitzlaw.com" <Seth@crowleyperitzlaw.com>,
"808shipleylaw@gmail.com" <808shipleylaw@gmail.com>, "katrina_young@fd.org" <katrina_young@fd.org>

Ms. Saffron,

Thank you for your concern. Since we do not have an signed authorization from Mr. McKellop, we are happy to forward any and all notes we have to his new attorney.

If you have any further questions, feel free to call us next week after the holiday.

Respectfully,

Alexis Toscano-Solis

Legal Assistant for

## PHILLIP A. LINDER
## THE LINDER FIRM

3300 OAK LAWN AVE, SUITE 700
DALLAS, TEXAS 75219
OFFICE: 214.252.9900
FAX: 214.252.9902
PHILLIP@THELINDERFIRM.COM
WWW.THELINDERFIRM.COM



Notice of Confidentiality: The information contained in this message is attorney/client privileged and confidential information, intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error please contact me immediately. Thank you.

[Quoted text hidden]

7. - continued - DC Jail - C2B

#11

WE HAVE BEEN BOMBING THE [illegible] [illegible] WITH MY COMPLAINTS TO A POINT. THEY BROUGHT THE MARSHALS IN THE MARSHALS WERE CLERKS & DOUCHE BAGS. WE ASKED THEM POINT BLANK. "ARE YOU THE ONE WHO MAKES THE DECISIONS TO MAKE CHANGES?" NOPE THEY TOOK NOTES TO GIVE TO OTHERS. OUR MEETING ERUPTED INTO NAME CALLING, WORDS & NAMES: [illegible]ER, CHEAT, SCUM BAGS, COMMUNISTS, DOUCHE BAGS ON & ON. THIS FACILITY WENT AS FAR AS TO BRING IN [illegible] CLEANING CREW 2 HRS BEFORE THE MEETING. HAD [illegible] MAN & WOMAN WALKING AROUND IN THE BACK ROUND [illegible]PENING ACCESS PANNELS BANGING ON NOTHING. JOKE! WE CALLED THEM OUT ON IT. "WHO ARE YOU & WHAT ARE YOU DOING?" I HAVE TWO RAGS I USED TO CLEAN MY ROOM & USE ONE TO FILTER MY WATER WITH. BOTH BROWN FROM RUST, HUMAN MATTER, ON & ON. ANY WAY I'LL KEEP YOU POSTED. OH! THEY ARE MOVING 400 INMATES THIS WEEK. SEEMS OUR CRY FOR HELP WAS NOTICED. MAYOR BOWSER CAN SUCK [illegible] YET WE REMAIN [illegible]

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court:  N/A

    (2)  Date of filing:

    (3)  Docket number, case number, or opinion number:

    (4)  Result:

    (5)  Date of result:

    (6)  Issues raised:

(b)  If you answered "No," explain why you did not file a second appeal:  I have not exhausted all possible possible Habeas Corpus filings yet.

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes        ☑ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court:  N/A

    (2)  Date of filing:

    (3)  Docket number, case number, or opinion number:

    (4)  Result:

    (5)  Date of result:

    (6)  Issues raised:

(b)  If you answered "No," explain why you did not file a third appeal:  The previous filing indicated that it was dismissed due to lack of exhausting all possible remedies, which would include this venue as well.

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes        ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ❏ Yes        ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: N/A

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: N/A

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   28 U.S.C. § 2255 is inadequate or ineffective to challenge my situation as a pre-trial detainee.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)  Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: N/A

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes     ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:     N/A

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** THE U.S. CONSTITUTION  &  VIOLATION OF BASIC INDIVIDUAL PROTECTIONS

- Ineffective assistance of counsel (IAC) - defense counsel failed to provide the assistance guaranteed by the Sixth Amendment of the U. S. Constitution.

- Counsel ignored basic individual protections guaranteed by the U. S. Constitution

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

- The Writ of Habeas Corpus was not suspended as required by the U.S. Constitution, therefore, no detention or infringment of personal liberties should be necessary

- The Writ of Habeas Corpus guarantees the basic right to individual liberty without duress

- The hallmark of this detention include:  Ineffective assistance of counsel, extreme  duress, loss of personal liberty and identity, extreme terrorist management, extreme monitoring, withholding of evidence, sloppy trial prep

(b) Did you present Ground One in all appeals that were available to you?

❐ Yes          ☑ No

**GROUND TWO:** COURT WITHOUT JURISDICTION TO IMPOSE CHARGES

- Multiple inconsistencies/errors between probable cause doument, arrest warrant, complaint, and the subsequent indictment presented by the court prosecution

- Charges on indictment with superseding do not match probable cause, arrest warrant, or criminal complaint

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

- Imprisoned and detained with the outward appearance of accountability for actions, while clear errors were made by the prosecution and ineffective defense counsel, all witnessed by the judge of record

- Restricted based on a massive operation that ran afoul of our American judicial system of justice

- Falsely restricted and detained to quiet any opposition by witholding mail, phones, commisary, visitation

- Punitive actions by correctional personnel based upon an error laden court without jurisdiction

(b) Did you present Ground Two in all appeals that were available to you?

❐ Yes          ☑ No

**GROUND THREE:** POTENTIAL SENTENCE EXCEEDS THE STATUTORY MAXIMUM

- Overly harsh and demeaning treatment, even though habeas corpus was not suspended

Crime does not fit the punishment, the multiple supersecding indictments create excessive sentencing possibilities

The punative abuse of superseding indictments creates the grounds for sentence exceeding statutory maximum

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

- Detained in (3) different facilities for 3 years, the last and the present in the Bureau of Prison (BOP) System -

- Punitive treatment based on not guilty pleas, pre-trial detainee since 3/17/21

- Email from the central BOP system stating that inmate is not in the custody of the BOP (see email doc)

- Email basically states that the DC jail is detaining inmate indefinitely in the BOP without a trial

Each imprisonment  came with punitive actions by corrections personnel as well as judge, counsel, & prosecution

(b) Did you present Ground Three in all appeals that were available to you?

❐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**   COLLATERAL ATTACK based on PRIOR SPECIAL FORCES / MILITARY TRAINING

- Biased not blind justice for the accused if prior military service, combat vets, specialy trained vets or MP's
- Willful disregard of well established tenets of a civil society and judicial system for all military and veterans
- The disparate treatment of prior military service personnel, especially Special Forces or Military Policemen

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

- Federal judges knowingly & willfully ignore well established criminal procedure for hasty prosecutions
- Prosecutors, and attorney's collaborate to ensure a near 100% conviction rate
- All established order for criminal procedure is ignored and mocked to get convictions
- Only one venue seems to be acknowledged, even though defendants represent the entire country
- Venue is moot to Vets, who seek justice from a court and jury of their peers
- Veterans are subjected to tainted jury pools who do not understand military service

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes              ☑ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not:     They will be covered by other filings and subsequent litigation.  This particular filing is not the appropiate
type of filing for the other grounds.

### Request for Relief

15. State exactly what you want the court to do:  1) GRANT TIME SERVED FROM 3/17/21 TO THE PRESENT,
2) COMPLETE RELEASE FROM ANY CUSTODY, 3) WRITTEN APOLOGY from Judge Carl J. Nichols to my Children
4) Remove Terrorist Threat Tag (QUAD "S", 5) Return ALL Military/Civilian/VA records, files, benefits, medals, & awards
6) Reinstate TS/SI/TK Security Clearance 7) REPARATIONS for (3) years of time served illegally, 7) Ensure inmates are
treated humanely & with dignity as human beings,  8) Streamline the grievence process, 9) Ensure fresh air to breath

**13. – continued, DC Habeas Corpus Form**

   **a.  <u>GROUND ONE:</u>**
      **THE U.S. CONSTITUTION & VIOLATION OF BASIC INDIVIDUAL
      PROTECTIONS**

   (a) Supporting Facts:
-   The most basic of American guarantees to life, liberty, and the pursuit of happiness were raped, pillaged, and removed in the most vicious and vindictive ways
-   The resulting show trials and sentencing served to completely destroy individual freedom and faith

   **b.  <u>GROUND TWO:</u>**
      **COURT WITHOUT JURISDICTION TO IMPOSE CHARGES**

   (a) Supporting Facts:
-   Personal liberties targeted and restricted in the jails and BOP system based upon a narrative
-   Removal of personal liberties is a serious issue that warrants the suspension of habeas corpus

   **c.  <u>GROUND THREE:</u>**
      **POTENTIAL SENTENCE EXCEEDS THE STATUTORY MAXIMUM**

   (a) Supporting Facts:
-   Agents regarding evidentiary research and pleading outcome, and yet, no trial with sentencing
-   Clearly the court considered each person guilty and never innocent, even before a trial
-   Is this how this jurisdiction treats its own citizens, their civil rights violated, guilty before a trial?

   **d.  <u>GROUND FOUR:</u>**
      **COLLATERAL ATTACK based on PRIOR SPECIAL FORCES / MILITARY
      TRAINING**

   (a) Supporting Facts:
-   Citizens robbed of their most basic of rights, as demonstrated by the unlawful search, seizure, arrests, detention, trials, sentencing, imprisonment, & threat monitoring in the Bureau of Prisons

e. **GROUND FIVE:**
   **CUMULATIVE  EFFECT of  MULTIPLE  ERRORS**

- Has led to a case that is a far departure from the probable cause document
- Has led to a case that is still pre-trial after 3 long years
- Has led to prosecutorial and judicial misconduct on every level
- Has led to the complete destruction of my life, while violating the Sixth Amendment of the U. S. Constitution
- Has created a scenario whereby the punitive use of superseding indictments as an "intimidation tactic" risks sentence exceeding the statutory maximum

(a) Supporting Facts:
- I've been held without bond, pre-trial since 3/17/21
- My ineffective counsel violated the Sixth Amendment to the U.S. Constitution
- My life has been destroyed, bankrupted, and "squirreled away" in the BOP system with NO prior criminal history, BEFORE being sentenced
- Hasty and sloppy prosecutorial and judicial trial prep has resulted in misconduct that led to irreparable negligence and injury to me

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

030424

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 030424

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

To:  Clerk of Court

From:   Karen D. Saffron

Date: 3/4/24

Subject:  (3) Copies of McKellop Habeas Corpus Filing w/ Fee

Hello,

Please find enclosed in this filing (3) copies each of the McKellop Application for the Petition for Writ of Habeas Corpus, plus the required fee of $5.00.

   (1) Copy for the Assigned Judge
   (2) Copy to the Respondent, with  Cover page
   (3) A copy for the Clerk


Please let me know if you have any questions about this filing.

Thank you in advance,

*Karen D. Saffron*

Karen D. Saffron
Legal Assistant
3243 Blundell Road
Falls Church, Va. 22042
571-425-1840
karen.d.saffron@gmail.com

RECEIVED
Mail Room

MAR 21 2024

I hereby certify that a copy of the foregoing document was mailed to:

**DIRECTOR/WARDEN, DC DOC**
**3924 Minnesota Avenue, NE, 2nd Floor**
**Washington, DC  20019**

**Phone: (202) 698-4932**
**Fax: (202) 671-2043**
**Email: doc@dc.gov**

at:   3924 Minnesota Avenue, NE, 2nd Floor
Washington, DC  20019

Date: *MARCH 7 2024*

RECEIVED
Mail Room

MAR 21 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Jeffrey A. McKellop, #35220-509

**Applicant's Original Signature**

**for**
**Case No.**